IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| LAURIE-JO STRATY, TEXAS ALLIANCE FOR RETIRED AMERICANS, and BIGTENT CREATIVE,<br><br>　　　　　　Plaintiffs,<br><br>vs.<br><br>GREGORY ABBOTT, in his official capacity as Governor of the State of Texas; RUTH HUGHS, in her official capacity as Texas Secretary of State,<br><br>　　　　　　Defendants. | Civil Action No. 1:20-cv-1015-RP<br><br>Related to:<br>*Texas League of United Latin American Citizens v. Abbott*, No. 1:20-cv-1006 |

### [PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION FOR TEMPORARY RETRAINING ORDER AND PRELIMINARY INJUNCTION

Before the Court is the Motion for a Temporary Restraining Order and Preliminary Injunction (the "Motion") of Plaintiffs Laurie-Jo Straty, Texas Alliance For Retired Americans, and Bigtent Creative (together, "Plaintiffs"). Having reviewed any papers filed in support of and in opposition to this Motion, and being fully advised, the Court finds that Plaintiffs have demonstrated a strong likelihood of success on the merits, the possibility that they face immediate, irreparable injury from Defendants' conduct, and that temporary and preliminary injunctive relief will not disserve the public interest. Accordingly, Plaintiffs are entitled to a temporary restraining order and preliminary injunction relief.

IT IS THEREFORE ORDERED that, pursuant to Federal Rule of Civil Procedure 65 and Local Civil Rule 65, the Court GRANTS Plaintiffs' Motion as follows:

(1) The Court temporarily restrains Defendants, their agents, officers, employees, or successors, and all persons acting in concert with each or any of them, from taking any action to inhibit election administrators from offering more than one drop-off location for ballots in their respective counties;

- 2 -

(2) The Court preliminarily enjoins Defendants, their agents, officers, employees, or successors, and all persons acting in concert with each or any of them, from taking any action to inhibit election administrators from offering more than one drop-off location for ballots in their respective counties

(3) This Temporary Restraining Order and Preliminary Injunction shall take effect immediately and shall remain in effect pending trial in this action or further order of this Court.


SIGNED: _____
        Hon. Robert Pitman
        United States District Judge