UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| LAURIE-JO STRATY, TEXAS ALLIANCE FOR RETIRED AMERICANS and BIGTENT, Plaintiffs, v. GREGORY ABBOTT, in his official capacity as Governor of the State of Texas; and RUTH HUGHS, in her capacity as Texas Secretary of State, Defendants. | Civil Action No. 1:20-cv-1015 |
|---|---|

APPENDIX IN SUPPORT OF
PLAINTIFFS' APPLICATION FOR PRELIMINARY INJUNCTION

| Exhibit | Document Description |
|---|---|
| A. | Declaration of Skyler Howton |
| 1. | Declaration of Judy Bryant |
| 2. | Declaration of Nancy Michon |
| 3. | Declaration of Richard Shaw |
| 4. | Declaration of Dr. Jon A, Krosnick |
| 5. | Declaration of Ellen Stupak Shaw |
| 6. | Declaration of Patrick Golden |
| 7. | Declaration of Andrés Rosas |
| 8. | Declaration of Ken Dearinger |
| 9. | United States Census Bureau page titled "Quick Facts – Texas," accessed June 19, 2020 and available at https://www.census.gov/quickfacts/TX |
| 10. | Texas Politics Project post titled "Percent Voting by Age, Gender, Educational Attainment, Race, and Family Income: November 2000 Presidential Election," accessed |

|  | |
|---|---|
|  | June 19, 2020 and available at https://texaspolitics.utexas.edu/archive/html/vce/features/0302_02/demographics.html |
| 11. | September 14, 2020 memorandum by Fort Bend County Attorney Ray L. Cordes, Jr. titled "In-Person Return of Vote-By-Mail Ballots." |
| 12. | July 30, 2020 letter from Thomas J. Marshall, General Counsel and Executive Vice President, United States Postal Service to Ruth Hughs, Texas Secretary of State, available at https://txelects.com/wp-content/uploads/2020/08/PostalService_July2020.pdf |
| 13. | August 12, 2020 United States Postal Service presentation titled "Service Performance Measurement," available at https://oversight.house.gov/sites/democrats.oversight.house.gov/files/documents/PMG%20Briefing_Service%20Performance%20Management_08_12_2020.pdf |
| 14. | August 31, 2020 United States Postal Services presentation titled "Congressional Briefing: Transportation & Service Performance Updates," available at https://about.usps.com/newsroom/global/pdf/0831-congressional-service-briefing.pdf |
| 15. | A Document by the Cybersecurity and Infrastructure Security Agency Elections Infrastructure Government Coordinating Council and Sector Coordinating Council's Joint COVID Working Group titled "Ballot Drop Box," accessed on October 3, 2020 and available at https://www.eac.gov/sites/default/files/electionofficials/vbm/Ballot_Drop_Box.pdf. |
| 16. | August 27, 2020 Lawfare article by Axel Hufford titled "The Rise of Ballot Drop Boxes Due to the Coronavirus," available at https://www.lawfareblog.com/rise-ballot-drop-boxes-due-coronavirus/ |
| 17. | the July 27, 2020 Proclamation by Governor Gregory Abbott and letter of transmittal, available at https://gov.texas.gov/uploads/files/press/PROC_COVID-19_Nov_3_general_election_IMAGE_07-27-2020.pdf |
| 18. | October 1, 2020 KTXS12 article by CBS Austin titled, "Texas Gov. Abbott limits drop-off sites for early mail votes," available at https://ktxs.com/news/local/texas-gov-abbott-shuts-down-drop-off-sites-for-early-mail-votes |
| 19. | August 25, 2020 and August 26, 2020 email exchange between Donna Stanart and Charles Pinney, available at pp, 37-38 of http://www.search.txcourts.gov/SearchMedia.aspx?MediaVersionID=6813%20ce1c-fec6-43a4-9690-5b8698784d96&coa=cossup&DT=OTHER&MediaID=fb62554f-e101-45b8-bdea-a8d7c70552bb |
| 20. | September 30, 2020 brief filed by the Office of the Attorney General of Texas in In re Hotze (No. 20-0751), available at |

| | |
|---|---|
| | http://search.txcourts.gov/SearchMedia.aspx?MediaVersionID=56170fe5-de61-4eda-a5b4-6cdf12fa5cd2&coa=cossup&DT=BRIEFS&MediaID=4c2a3881-79c5-45cf-9f02-86b731c31a17 |
| 21. | Declaration of Harris County Clerk, Chris Hollins, filed in *League of United Latin American Citizens v. Abbott*, No. 1:20-cv-1006 |
| 22. | October 1, 2020 Proclamation by Governor Gregory Abbott and letter of transmittal, available at https://gov.texas.gov/uploads/files/press/PROC_COVID-19_Nov_3_general_election_IMAGE_10-01-2020.pdf |
| 23. | October 1, 2020 Houston Chronicle article by Zach Despart titled "Gov. Abbott forces Harris County to close 11 mail ballot drop-off sites, leaving just one," available at https://www.houstonchronicle.com/politics/texas/article/Abbott-mail-ballot-drop-off-harris-county-election-15612991.php |

Dated:  October 5, 2020                          Respectfully submitted,

/s/ Skyler Howton
Skyler M. Howton, TX# 24077907
PERKINS COIE LLP
500 North Akard St., Suite 3300
Dallas, TX 75201-3347
Telephone: (214) 965-7700
Facsimile: (214) 965-7799
showton@perkinscoie.com

Marc E. Elias*
John M. Devaney**
John M. Geise*
Stephanie Command*
PERKINS COIE LLP
700 Thirteenth Street, N.W., Suite 800
Washington, D.C. 20005-3960
Telephone: (202) 654-6200
Facsimile: (202) 654-6211
melias@perkinscoie.com
jdevaney@perkinscoie.com
jgeise@perkinscoie.com
scommand@perkinscoie.com

Danielle Sivalingam (Serbin)**
Gillian Kuhlmann*
PERKINS COIE LLP

1888 Century Park East, Suite 1700
Century City, California 90067
Telephone: (310) 788-9900
Facsimile: (310) 788-3399
dsivalingam@perkinscoie.com
gkuhlmann@perkinscoie.com

Jessica Frenkel**
PERKINS COIE LLP
1900 Sixteenth Street
Suite 1400
Denver, Colorado 80202-5255
Telephone: (303) 291-2300
Facsimile: (303) 291-2400
jfrenkel@perkinscoie.com

*Attorneys for Plaintiffs*

*Pro hac vice applications pending
**Pro hac vice applications forthcoming

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on October 5, 2020, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send a notice of electronic filing to all counsel of record.

*/s/ Skyler M. Howton*
Skyler M. Howton