# EXHIBIT A

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| LAURIE-JO STRATY; TEXAS ALLIANCE FOR RETIRED AMERICANS; and BIGTENT CREATIVE,<br><br>           Plaintiffs,<br><br>vs.<br><br>GREGORY ABBOTT, in his official capacity as Governor of the State of Texas; and RUTH HUGHS, in her official capacity as Texas Secretary of State,<br><br>           Defendants. | Civil Action No. 1:20-cv-1015-RP<br><br>Related to:<br>*Texas League of United Latin American Citizens v. Abbott*, No. 1:20-cv-1006 |

### DECLARATION OF SKYLER HOWTON IN SUPPORT OF PLAINTIFFS' MOTION FOR TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION

I, Skyler Howton, am an attorney with the firm of Perkins Coie LLP, and counsel for Plaintiffs in the above-captioned matter. I make this declaration in support of Plaintiffs' Motion for Temporary Restraining Order and Preliminary Injunction.

1. Attached hereto as **Exhibit 1** is a true and correct copy of the declaration of Judy Bryant.

2. Attached hereto as **Exhibit 2** is a true and correct copy of the declaration of Nancy Michon.

3. Attached hereto as **Exhibit 3** is a true and correct copy of the declaration of Richard Shaw.

4. Attached hereto as **Exhibit 4** is a true and correct copy of the declaration of Ellen Stupak-Shaw.

5. Attached hereto as **Exhibit 5** is a true and correct copy of the declaration of Laurie-

Jo Straty.

6. Attached hereto as **Exhibit 6** is a true and correct copy of the declaration of Patrick Golden.

7. Attached hereto as **Exhibit 7** is a true and correct copy of the declaration of Andrés Rosas.

8. Attached hereto as **Exhibit 8** is a true and correct copy of the declaration of Ken Dearinger.

9. Attached hereto as **Exhibit 9** is a true and correct copy of a United States Census Bureau page titled "*Quick Facts – Texas*," accessed June 19, 2020 and available at https://www.census.gov/quickfacts/TX.

10. Attached hereto as **Exhibit 10** is a true and correct copy of a Texas Politics Project post titled "*Percent Voting by Age, Gender, Educational Attainment, Race, and Family Income: November 2000 Presidential Election*," accessed June 19, 2020 and available at https://texaspolitics.utexas.edu/archive/html/vce/features/0302_02/demographics.html.

11. Attached hereto as **Exhibit 11** is a true and correct copy of a September 14, 2020 memorandum by Fort Bend County Attorney Ray L. Cordes, Jr., titled "*In-Person Return of Vote-By-Mail Ballots*."

12. Attached hereto as **Exhibit 12** is a true and correct copy of a July 30, 2020 letter from Thomas J. Marshall, General Counsel and Executive Vice President, United States Postal Service to Ruth Hughs, Texas Secretary of State, available at https://txelects.com/wp-content/uploads/2020/08/PostalService_July2020.pdf.

13. Attached hereto as **Exhibit 13** is a true and correct copy of an August 12, 2020 United States Postal Service presentation titled "*Service Performance Measurement*," available at

https://oversight.house.gov/sites/democrats.oversight.house.gov/files/documents/PMG%20Briefing_Service%20Performance%20Management_08_12_2020.pdf.

14. Attached hereto as **Exhibit 14** is a true and correct copy of an August 31, 2020 United States Postal Services presentation titled "*Congressional Briefing: Transportation & Service Performance Updates*," available at https://about.usps.com/newsroom/global/pdf/0831-congressional-service-briefing.pdf.

15. Attached hereto as **Exhibit 15** is a true and correct copy of a document by the Cybersecurity and Infrastructure Security Agency Elections Infrastructure Government Coordinating Council and Sector Coordinating Council's Joint COVID Working Group titled "*Ballot Drop Box*," accessed on October 3, 2020 and available at https://www.eac.gov/sites/default/files/electionofficials/vbm/Ballot_Drop_Box.pdf.

16. Attached hereto as **Exhibit 16** is a true and correct copy of an August 27, 2020 Lawfare article by Axel Hufford titled "*The Rise of Ballot Drop Boxes Due to the Coronavirus*," available at https://www.lawfareblog.com/rise-ballot-drop-boxes-due-coronavirus/.

17. Attached hereto as **Exhibit 17** is a true and correct copy of the July 27, 2020 Proclamation by Governor Gregory Abbott and letter of transmittal, available at https://gov.texas.gov/uploads/files/press/PROC_COVID-19_Nov_3_general_election_IMAGE_07-27-2020.pdf.

18. Attached hereto as **Exhibit 18** is a true and correct copy of an October 1, 2020 KTXS12 article by CBS Austin titled, "*Texas Gov. Abbott limits drop-off sites for early mail votes*," available at https://ktxs.com/news/local/texas-gov-abbott-shuts-down-drop-off-sites-for-early-mail-votes.

19. Attached hereto as **Exhibit 19** is a true and correct copy of an August 25, 2020 and

August 26, 2020 email exchange between Donna Stanart and Charles Pinney, available at http://www.search.txcourts.gov/SearchMedia.aspx?MediaVersionID=6813ce1c-fec6-43a4-9690-5b8698784d96&coa=cossup&DT=OTHER&MediaID=fb62554f-e101-45b8-bdea-a8d7c70552bb.

20. Attached hereto as **Exhibit 20** is a true and correct copy of a September 30, 2020 brief filed by the Office of the Attorney General of Texas in *In re Hotze* (No. 20-0751), available at http://search.txcourts.gov/SearchMedia.aspx?MediaVersionID=56170fe5-de61-4eda-a5b4-6cdf12fa5cd2&coa=cossup&DT=BRIEFS&MediaID=4c2a3881-79c5-45cf-9f02-86b731c31a17.

21. Attached hereto as **Exhibit 21** is a true and correct copy of a declaration of Harris County Clerk Chris Hollins, filed in *League of United Latin American Citizens v. Abbott*, No. 1:20-cv-1006.

22. Attached hereto as **Exhibit 22** is a true and correct copy of the October 1, 2020 Proclamation by Governor Gregory Abbott and letter of transmittal, available at https://gov.texas.gov/uploads/files/press/PROC_COVID-19_Nov_3_general_election_IMAGE_10-01-2020.pdf.

23. Attached hereto as **Exhibit 23** is a true and correct copy of an October 1, 2020 Houston Chronicle article by Zach Despart titled "*Gov. Abbott forces Harris County to close 11 mail ballot drop-off sites, leaving just one*," available at https://www.houstonchronicle.com/politics/texas/article/Abbott-mail-ballot-drop-off-harris-county-election-15612991.php.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: October 5, 2020

Respectfully submitted,

/s/ Skyler Howton

Skyler M. Howton, TX# 24077907
PERKINS COIE LLP
500 North Akard St., Suite 3300
Dallas, TX 75201-3347
Telephone: (214) 965-7700
Facsimile: (214) 965-7799
showton@perkinscoie.com