# EXHIBIT 1

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| LAURIE-JO STRATY, TEXAS ALLIANCE FOR RETIRED AMERICANS and BIGTENT CREATIVE,<br><br>        Plaintiffs,<br><br>vs.<br><br>GREG ABBOTT, in his official capacity as Governor of the State of Texas; and RUTH HUGHS, in her official capacity as Texas Secretary of State,<br><br>        Defendants. | Civil Action No. 1:20-cv-1015<br><br>Related to *Texas League of United Latin American Citizens v. Abbott*, No. 1:20-cv-1006 |

**DECLARATION OF JUDY BRYANT IN SUPPORT OF PLAINTIFFS' MOTION**

Pursuant to 20 U.S.C. § 1746, I, Judy Bryant, declare as follows:

1. My name is Judy Bryant. I am over the age of 18, have personal knowledge of the facts stated in this declaration, and can competently testify to their truth.

2. I am currently the Field Organizer for Texas Alliance of Retired Americans ("TARA"). TARA is incorporated in Texas as a 501(c)(4) nonprofit, social welfare organization. It is a chartered state affiliate of the Alliance for Retired Americans.

3. TARA has more than 145,000 members, comprised of retirees from public and private sector unions, community organizations, and individual activists from every county in Texas. Most of our members are between 65 and 85 years of age. TARA also has many members with disabilities.

4. TARA's mission is to ensure social and economic justice and full civil rights that retirees have earned after a lifetime of work. It accomplishes this mission by actively pursuing and promoting legislation and public policies that are in the best interest of current and future retired

Texans. TARA also accomplishes its mission by ensuring that its members actively participate and vote in Texas's elections. Because a significant percentage of Texas's elections are decided by close margins, it is essential that TARA members are able to effectively exercise their right to vote. To ensure our members can make their voices heard in Texas elections, TARA traditionally engages in get-out-the-vote ("GOTV") efforts. These GOTV efforts traditionally consist of making phone calls to members and knocking on doors to encourage members to vote. When we call our members in advance of an election, we encourage them to vote and try to assist our members in navigating the voting process when they need help.

5. The outbreak of the COVID-19 pandemic has affected how TARA allocates its resources to encourage voting. Because nearly all of TARA's members are of an age that places them at a heightened risk of complications from coronavirus, our members are overwhelmingly likely to vote by mail this year instead of voting in person. I understand from talking to TARA members and other political organizers in the state that many more people are voting by mail this year when compared to other years. Thus, TARA has redirected much of its time and resources to efforts in educating voters on how to apply to vote by mail and how to successfully cast a mail-in ballot. These efforts include the creation of a special vote-by-mail committee that meets weekly to coordinate statewide outreach, phone-banking to make direct contact with Texas voters over the age of 65, and lobbying state officials to ease the restrictions on voting by mail. TARA also holds socially distanced events, such as car caravans to publicize the need for vote by mail in the 2020 general election.

6. For the past several months, TARA has participated in Dallas V.O.T.E.S., a coalition seeking, among other things, to guarantee more drop-off locations so our Dallas members can guarantee the county has received their mail-in ballots without having to travel long distances

and wait in long lines. TARA would like to conduct awareness campaigns and educate voters about returning mail-in ballots to convenient locations as a superior alternative to returning ballots via the United States Postal Service ("USPS") because, due to widespread reports of USPS delays, TARA believes that voters' ballots are more likely to be counted if they drop off instead of mail in their ballots. Governor Abbott's proclamation prevents TARA from presenting voters with a feasible alternative to returning mail-in ballots via USPS because it prevents county election administrators from offering voters convenient locations for personally delivering their mail-in ballots. This frustrates TARA's mission by making it less likely that TARA's members will be able to return their ballots in time to be counted.

7.   TARA educates voters, not just on how to apply to vote by mail, but also about how to increase the likelihood of having their mail-in ballots counted. The Governor's October 1, 2020 Proclamation (the "Proclamation") makes it more difficult for TARA members and other vulnerable people to vote and to have their votes counted. TARA members are, for example, voters who are likely to face difficulty delivering a mail ballot themselves should they be unable to return it through the mail in sufficient time for their ballot to be counted. Many TARA members drive only within short distances of their homes and will have to arrange for transportation to the one designated early voting clerk's office in each county. Some Texas counties are very large, and the distance to the only designated early voting clerk's office in a county might be significant for many members, who may not be able to find transportation to return their ballots. In my experience, many of TARA's members will simply not return their ballots if their only option is to travel significant distances to do so. As a result, TARA will have to divert additional resources to voter assistance efforts in order to ensure that our voters are able to safely and effectively return their mail ballots.

8. As a result of the Proclamation, TARA will also have to divert additional resources to voter education. Our members may be confused about where they can return their ballots during the early voting period. Many TARA members understood that they could return their mail ballots to multiple satellite drop-off locations within their counties. But because of the Proclamation, TARA members may not realize that they can return their ballots only to one location, potentially very far away from their homes, until it is too late to mail in their ballots and be sure it will arrive in time to be counted. These voters may not be able to arrange transportation for or safely drive such a long distance, leaving them disenfranchised with no option for returning their ballots. TARA will need to expend additional time, personnel, and funds to ensure that our members are fully understand how they must return their ballots and are able to do so safely and in a manner that will ensure their votes are counted.

9. The Proclamation frustrates TARA's mission because it deprives individual members of the right to vote and to have their votes counted and threatens the electoral prospects of TARA-endorsed candidates whose supporters will face greater obstacles casting a vote and having their votes counted.

10. The Proclamation also diminishes the electoral prospects of TARA's preferred candidates. TARA has already endorsed several candidates for office. These candidates will be less likely to win if the votes of their supporters go uncounted because of the Proclamation.

11. Because of the increased burdens on voting created by the Proclamation, TARA will be required to divert time and resources to educating members about the restriction and assisting them in ensuring their ballots are received, accepted, and counted. However, TARA does not have unlimited resources. Efforts to ensure members are not disenfranchised by the Proclamation will reduce TARA's time and resources that would otherwise go to educating

members on critical public policy issues, including the price of prescription drugs and the expansion of Medicare and Medicaid benefits, among many other of our priorities. Our efforts to ensure our members are not disenfranchised by the Proclamation will also reduce the time and resources available to track and monitor legislation that threatens Texas's seniors, work that we view as critical to our organization.

12. In sum, the Proclamation makes it harder for TARA to realize its mission and for TARA's members to vote and have their votes counted.

I declare under penalty of perjury that the foregoing is true and correct.

DATED: October 4, 2020 _____

By: *Judy Bryant* (DocuSigned by: E493A4C2F15743C...)
Judy Bryant
Field Organizer
Texas Alliance for Retired Americans

- 5 -