# EXHIBIT 2

**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION**

| | |
|---|---|
| LAURIE-JO STRATY, TEXAS ALLIANCE FOR RETIRED AMERICANS, and BIGTENT CREATIVE<br><br>                Plaintiffs,<br><br>vs.<br><br>GREG ABBOTT, in his official capacity as Governor of the State of Texas; and RUTH HUGHS, in her official capacity as Texas Secretary of State,<br><br>                Defendants. | Civil Action No. 1:20-cv-1015<br><br>Related to *Texas League of United Latin American Citizens v. Abbott*, No. 1:20-cv-1006 |

**<u>DECLARATION OF NANCY MICHON IN SUPPORT OF PLAINTIFFS' MOTION</u>**

Pursuant to 20 U.S.C. § 1746, I, Nancy Michon, declare as follows:

1. My name is Nancy Michon. I am over the age of 18, have personal knowledge of the facts stated in this declaration, and can competently testify to their truth.

2. I live in Harris County, Texas. I am 64 years old but will turn 65 years old on October 7, 2020.

3. I cannot vote in person this year because I will be in the high-risk category for the coronavirus due to my age. Additionally, I live with a person who is at high risk for the coronavirus because of an underlying medical condition and together we care for her 89-year-old mother. I fear that I would be exposed to the coronavirus if I were to vote in person and could potentially expose them to the virus as well.

4. I will be eligible to vote by mail in Texas during the early voting period for the upcoming November election. I intend to use a drop-off location because I am worried about my

1

ballot arriving on time and being properly counted given the widespread reports of significant issues with the United States Postal Service.

5.      Before Governor Abbott's proclamation, I was planning on dropping my ballot off at a drop-off location that would have taken me approximately fifteen minutes to drive to from my house. Because of Governor Abbott's proclamation, I can no longer drop off my ballot at that location.

6.      Now, there is only one drop off location for all of Harris County. It will take me approximately forty to fifty minutes each way to return my ballot. Further, the complex in which the only drop-off location in the county is located is large and has many buildings within it. I am concerned that I may need to spend significant time looking for the correct place within the complex to drop off my ballot.

I declare under penalty of perjury that the foregoing is true and correct.


DATED: October 3, 2020
_____


By: _____
Nancy Michon