# EXHIBIT 5

# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# AUSTIN DIVISION

| | |
|---|---|
| LAURIE-JO STRATY, TEXAS ALLIANCE FOR RETIRED AMERICANS, and BIGTENT CREATIVE<br><br>Plaintiffs,<br><br>vs.<br><br>GREG ABBOTT, in his official capacity as Governor of the State of Texas; and RUTH HUGHS, in her official capacity as Texas Secretary of State,<br><br>Defendants. | Civil Action No. 1:20-cv-1015<br><br>Related to *Texas League of United Latin American Citizens v. Abbott*, No. 1:20-cv-1006 |

## DECLARATION OF LAURIE-JO STRATY IN SUPPORT OF PLAINTIFFS' MOTION

Pursuant to 20 U.S.C. § 1746, I, Laurie-Jo Straty, declare as follows:

1. My name is Laurie-Jo Straty. I am over the age of 18, have personal knowledge of the facts stated in this declaration, and can competently testify to their truth.

2. I live in Dallas County, Texas. I am 65 years old.

3. I cannot vote in person this year because I have multiple sclerosis. I am immunocompromised, and, because of the coronavirus pandemic, voting in person would not be safe for me. Additionally, I currently have an inflamed Achilles tendon, so I could not stand in line to vote without being in significant pain. I am also responsible for helping care for my 90-year-old parents, who live in a senior living facility. I do not want to vote in person and risk exposing them, and potentially others who live in the care facility, to coronavirus.

1

4. I am eligible to vote by mail in Texas. I intend to use a drop-off location because I am worried about my ballot arriving on time and being properly counted given the widespread reports of significant issues with the United States Postal Service.

5. Before Governor Abbott's proclamation, I was planning on dropping my ballot off at a drop-off location that would have taken me approximately five minutes to drive to from my house. Because of Governor Abbott's proclamation, I can no longer drop off my ballot at that location.

6. Now, there is only one drop off location for all of Dallas County. It will take me approximately twenty minutes each way to return my ballot.

7. With only one remaining drop box in the county, I am worried about congestion around that drop box, and that lines may form and that I may have to risk exposure to the virus or wait in line, despite the fact that I am voting by mail because my personal health issues, age, and concerns about my health and the health of my elderly parents and the other people with whom they live are the reason that I am voting absentee in the first place.

8. I am also worried about other voters in Dallas County who plan to drop off their ballots. The only drop-off location in the county is located in a part of the city that is between two of the most congested highways in the city, and there are few alternative routes available. This will cause significant congestion in the area and long lines to drop off ballots. I am concerned that some voters may simply give up trying to return their ballots.

I declare under penalty of perjury that the foregoing is true and correct.

DATED: October 3, 2020

By: *Laurie-Jo Straty*
DocuSigned by: 67B5B191AF7F493...
Laurie-Jo Straty