# EXHIBIT 6

**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION**

LAURIE-JO STRATY, TEXAS ALLIANCE
FOR RETIRED AMERICANS, and
BIGTENT CREATIVE,

        Plaintiffs,

vs.

GREG ABBOTT, in his official capacity as
Governor of the State of Texas; and RUTH
HUGHS, in her official capacity as Texas
Secretary of State,

        Defendants.

Civil Action No.

Related to:
*Texas League of United Latin American
Citizens v. Abbott*, No. 1:20-cv-1006

## DECLARATION OF PATRICK GOLDEN IN SUPPORT OF PLAINTIFFS' MOTION

I, Patrick Golden according to 28 U.S.C. § 1746, testify that:

1.      My name is Patrick Golden. I am a legal adult, competent to testify, and declare the following facts based on my own personal knowledge.

2.      I am a resident and registered voter in the city of Cypress, in Harris County, Texas. I am 71 years old.

3.      I am registered to vote by mail. I voted by mail in the 2018 General Election and, before Governor Abbott's October 1, 2020 Proclamation, I had planned to vote by mail and utilize a ballot drop-off location to submit my ballot.

4.      Before Governor Abbott's Proclamation, my understanding was that there was a location at which I could drop off my mail-in ballot located only a few miles from my home.

5.	Due to Governor Abbott's Proclamation, there is now only one location in all of Harris County. That location is three times as far away from my home, making what would have been a short drive to drop off my mail-in ballot now take potentially over one hour.

6.	Beyond the increased distance from my home, the change from twelve locations in Harris County to one also concerns me because it will significantly increase the number of people who must use that single location. I am concerned about having to wait in a significantly longer line to have to drop off my ballot as well as the increased risk of catching COVID-19 given that this change will force many more people to congregate in one location.

7.	I intended to use a drop-off location because I am worried about my ballot arriving on time and being properly counted given the widespread reports of significant issues with the United States Postal Service.

8.	Due to the Governor's Proclamation, my only feasible option for voting—unless the Proclamation is rescinded—is mailing my ballot via the United States Postal Service. I cannot vote in person, as I will not be in Texas on the date of the November General Election. Nor can I feasibly travel the long distance to the single ballot drop-off location in Harris County.

9.	I do not have faith that mailing my ballot via the USPS will be safe. I am particularly concerned about the recent incidences of delayed mail delivery that are occurring in Texas and across the country. Despite these concerns, due to the Governor's Proclamation, I have no other choice than to vote by mail, rather than drop off my ballot at a secure location, where I would have faith in it being counted.

10.	Beyond the burden on my own right to vote, Governor Abbott's action also raises concerns for me regarding widespread disenfranchisement. I am concerned that the change to a single location for drop-off will cause some people to not return their mail-in ballots given

concerns regarding significantly longer lines. I am also concerned that some people who previously intended to drop off their ballots may mail them incorrectly and not place the proper postage on their ballots or mail them late, resulting in their disenfranchisement. All of these issues could be avoided by permitting Harris County to continue having multiple mail-in ballot drop off locations.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on <u>October 2, 2020</u>.

DocuSigned by:

*Patrick Golden*

02F9DBEECA89442...

Patrick Golden