# EXHIBIT 7

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| LAURIE-JO STRATY, TEXAS ALLIANCE FOR RETIRED AMERICANS, and BIGTENT CREATIVE,<br><br>Plaintiffs,<br><br>vs.<br><br>GREG ABBOTT, in his official capacity as Governor of the State of Texas; and RUTH HUGHS, in her official capacity as Texas Secretary of State,<br><br>Defendants. | Civil Action No.<br><br>Related to:<br>*Texas League of United Latin American Citizens v. Abbott*, No. 1:20-cv-1006 |

## DECLARATION OF ANDRÉS ROSAS IN SUPPORT OF PLAINTIFFS' MOTION

I, Andrés Rosas, according to 28 U.S.C. § 1746, testify that:

1. My name is Andrés Rosas. I am a legal adult, competent to testify, and declare the following facts based on my own personal knowledge.

2. I am a resident and registered voter in Nueces County, Texas. I am 81 years old and a member of the Texas Alliance for Retired Americans.

3. I am very concerned about Governor Abbott's declaration making it significantly harder for me to vote. Corpus Christi is a large city geographically with over 300,000 people and I am worried about their only being one location to drop mail-in ballots for this many people. There is also currently significant ongoing construction throughout the city, and I am worried that it will be very hard for me to get to the sole drop off location.

4. Given Governor Abbott's declaration, I am now unsure whether to drop my ballot off or instead send it in the mail. I am worried about using the mail because I am concerned about

my ballot arriving on time and being properly counted given the widespread reports of significant issues with the United States Postal Service.

5.      Beyond the fact that the single drop off location may be far from my home, the limitation to only one location in Nueces County also concerns me because it will significantly increase the number of people who must use that single location. I am concerned about having to wait in a significantly longer line to have to drop off my ballot as well as the increased risk of catching COVID-19 given that this change will force many more people to congregate in one location.

6.      Beyond the burden on my own right to vote, Governor Abbott's action also raises concerns for me because it seems entirely unnecessary and will make it harder for many people to vote. These are just places to drop off a ballot. It does not make any sense to me why there should not be many of them.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  October 5, 2020 .

DocuSigned by:
*Andrés Rosas*
195B8C85EC38435...

Andrés Rosas