# EXHIBIT 8

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| LAURIE-JO STRATY, TEXAS ALLIANCE FOR RETIRED AMERICANS, and BIGTENT CREATIVE,<br><br>          Plaintiffs,<br><br>vs.<br><br>GREG ABBOTT, in his official capacity as Governor of the State of Texas; and RUTH HUGHS, in her official capacity as Texas Secretary of State,<br><br>          Defendants. | Civil Action No. 1:20-cv-1015<br><br>Related to:<br>*Texas League of United Latin American Citizens v. Abbott*, No. 1:20-cv-1006 |

## **DECLARATION OF KEN DEARINGER IN SUPPORT OF PLAINTIFFS' MOTION**

I, Ken Dearinger, according to 28 U.S.C. § 1746, testify that:

1. My name is Ken Dearinger. I am a legal adult, competent to testify, and declare the following facts based on my own personal knowledge.

2. I am a resident and registered voter in Harris County, Texas. I am over 65 and a member of the Texas Alliance for Retired Americans.

3. Prior to Governor Abbott's declaration, there was a location at which I could drop off my mail-in ballot located 10 minutes from my home. This was one of the twelve locations throughout Harris County, which is home to over four and a half million people.

4. Due to Governor Abbott's declaration, there is now only one location in all of Harris County. That location is three times as far away from my home, making what would have been a twenty-minute drive to drop off my mail-in ballot now an hour's drive.

5. Beyond the increased distance from my home, the change from twelve locations in Harris County to one also concerns me because it will significantly increase the number of people who must use that single location. I am concerned about having to wait in a significantly longer line to have to drop off my ballot as well as the increased risk of catching COVID-19 given that this change will force many more people to congregate in one location.

6. I intend to use a drop-off location because I am worried about my ballot arriving on time and being properly counted given the widespread reports of significant issues with the United States Postal Service

7. Beyond the burden on my own right to vote, Governor Abbott's action also raises concerns for me regarding widespread disenfranchisement. I am concerned that the change to a single location for drop-off will cause some people to not return their mail-in ballots given concerns regarding significantly longer lines. I am also concerned that some people who previously intended to drop off their ballots may mail them incorrectly and not place the proper postage on their ballots or mail them late, resulting in their disenfranchisement. All of these issues could be avoided by permitting Harris County to continue having multiple mail-in ballot drop off locations.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on October 3, 2020 .

DocuSigned by:
*ken Dearinger*
BE753A11DDA347D...

Ken Dearinger