IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| LAURIE-JO STRATY; TEXAS ALLIANCE FOR RETIRED AMERICANS; and BIGTENT CREATIVE, <br><br> *Plaintiffs*, <br><br> v. <br><br> GREGORY ABBOTT, in his official capacity as Governor of the State of Texas; and RUTH HUGHS, in her official capacity as Texas Secretary of State, <br><br> *Defendants*. | CIVIL ACTION NO. 1:20-cv-01015-RP |

### MOTION TO STRIKE EXHIBITS TO PLAINTIFFS' MOTION FOR TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION

1.   Defendants lodge the following objections to certain exhibits filed by Plaintiffs attached to their motion for temporary restraining order and preliminary injunction and request that the Court strike them from the record.

| Exh. No. | Title | Objection |
|---|---|---|
| 1 | Declaration – Bryant, J. | ¶ 4: FRE 802 – Hearsay as to communications with members of Texas Alliance of Retired Americans (TARA) and other unnamed "political organizers."<br>¶ 6: FRE 802 – Hearsay as to unspecified reports concerning delays at the United States Postal Service (USPS).<br>¶ 7: FRE 601/702 – Lack of personal knowledge and understanding regarding how Governor Abbott's October 1, 2020 proclamation impacts "other vulnerable people"; lack of personal knowledge as to whether various members will be able to arrange public transportation.<br>¶ 8: FRE 802 – Hearsay as to any communications with other TARA members about their understanding or confusion regarding delivery locations.<br>¶ 9: FRE 601/701 – Lack of personal knowledge as to what "obstacles" supporters of TARA-endorsed candidates will face when voting. |
| 2 | Declaration – Michon, N. | ¶ 4: FRE 802 – Hearsay as to unnamed reports concerning delays at the USPS. |
| 3 | Declaration – Shaw, R. | ¶ 5: FRE 802 – Hearsay as to conversations with other voters about mail-in voting.<br>¶ 6-7, 10: FRE 802 – Hearsay as to all conversations with "friends, family members, and neighbors" as well as any reports read on the smartphone application "Nextdoor."<br>¶8: FRE 601/702/802 – Hearsay as to emails declarant received as Harris County Precinct Chair; lack of personal knowledge as to whether voters would prefer to vote in person versus voting by mail.<br>¶ 9: FRE 601/702/802 – Hearsay as to information from television news report; lack of knowledge and understanding regarding the accuracy of reliability and accuracy of vote-tracking technology. |

| 4 | Declaration – Stupak-Shaw, E. | ¶ 6: FRE 802 – Hearsay as to the unspecified reports of delivery delays and information obtained on the smartphone application "Nextdoor."<br>¶ 10: FRE 601/702 – Lack of personal knowledge as to the "troubles voters in the Houston area will face." |
| --- | --- | --- |
| 5 | Declaration – Straty, Laurie-Jo. | ¶ 8: FRE 601/702 – Lack of personal knowledge and understanding as to the length of lines at delivery locations and potential traffic congestion. |
| 6 | Declaration – Golden, P. | ¶ 6, 10: Lack of personal knowledge and understanding as to the length of lines at the Harris County delivery location.<br>¶ 7, 9: FRE 802 – Hearsay as to the unspecified reports concerning the USPS. |
| 7 | Declaration – Rosas, A. | ¶ 4: FRE 802 – Hearsay as to the unspecified reports concerning the USPS. |
| 8 | Declaration – Dearinger, K. | ¶ 6: FRE 802 – Hearsay as to the unspecified reports concerning the USPS. |

**PRAYER**

Defendants respectfully request that the Court sustain Defendants' objections to the above listed exhibits and strike them from the record in this case.

| | |
|---|---|
| Date: October 8, 2020 | Respectfully Submitted. |
| | |
| KEN PAXTON | /s/ *Patrick K. Sweeten* |
| Attorney General of Texas | PATRICK K. SWEETEN |
| | Associate Deputy for Special Litigation |
| | |
| | TODD LAWRENCE DISHER |
| | Deputy Chief for Special Litigation |
| | |
| | WILLIAM T. THOMPSON |
| | Special Counsel |
| | |
| | ERIC A. HUDSON |
| | Special Counsel |
| | |
| | KATHLEEN T. HUNKER |
| | Special Counsel |
| | |
| | OFFICE OF THE ATTORNEY GENERAL |
| | P.O. Box 12548 (MC-009) |
| | Austin, Texas 78711-2548 |
| | Tel.: (512) 936-1414 |
| | Fax: (512) 936-0545 |
| | patrick.sweeten@oag.texas.gov |
| | todd.disher@oag.texas.gov |
| | will.thompson@oag.texas.gov |
| | eric.hudson@oag.texas.gov |
| | kathleen.hunker@oag.texas.gov |
| | |
| | **COUNSEL FOR THE GOVERNOR OF TEXAS AND THE TEXAS SECRETARY OF STATE** |

**CERTIFICATE OF CONFERENCE**

I certify that on October 8, 2020, I conferred with counsel for Plaintiffs about the foregoing motion. Plaintiffs oppose.

*/s/ Patrick K. Sweeten*
PATRICK K. SWEETEN

**CERTIFICATE OF SERVICE**

I hereby certify that on October 8, 2020, I electronically filed the foregoing document through the Court's ECF system, which automatically serves notification of the filing on counsel for all parties.

*/s/ Patrick K. Sweeten*
PATRICK K. SWEETEN